LULU DAUGHTERS v. THE QUEEN INSURANCE
COMPANY OF AMERICA.

No. 439.

Error from Bourbon district court; WALTER L.
SIMONS, judge. Opinion filed October 15, 1900. Dismissed.

*Humphrey & Hudson*, and *W. W. Padgett*, for plaintiff in error.

*John L. Peak*, *R. E. Ball*, and *Holmes & Perry*, for defendant in error.

*Per Curiam:* By agreement, this action was tried and determined upon the same evidence as that introduced in the case of *Daughters v. Insurance Co.*, ante, p. 458. The records are substantially alike, and the First National Bank was made a party plaintiff in each case. It does not appear to have joined in any of the proceedings subsequent to judgment and is not named as a party in this court. It has asked to be made the plaintiff in error by substitution, as the assignee of the plaintiff's cause of action. On the authority of *Daughters v. Insurance Co.*, supra, and for the further and in itself quite sufficient reason that the record does not show the filing of the motion for a new trial within three days after the rendition of the judgment, the petition in error will be dismissed.